# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# (CHARLESTON DIVISION)

| | |
|---|---|
| Palmetto Hallmark Operating LLC, d/b/a Hallmark Healthcare Center; Palmetto Lake City Operating LLC, d/b/a Lake City Scranton Healthcare Center; Palmetto Prince George Operating LLC, d/b/a Prince George Healthcare Center; Palmetto Jolly Acres Operating, LLC, d/b/a Jolly Acres Healthcare Center; Palmetto Oakbrook Operating LLC, d/b/a Oakbrook Health & Rehabilitation Center; Palmetto St. George Operating LLC, d/b/a St. George Healthcare Center; Palmetto Springdale Operating LLC, d/b/a Springdale Healthcare Center; and, Palmetto Faith Operating LLC, d/b/a Faith Healthcare Center<br><br>            Plaintiffs,<br><br>                        v.<br><br>Norris Cochran, Acting Secretary of the United States Department of Health and Human Services; and Patrick Conway, M.D., Acting Administrator for the Centers for Medicare and Medicaid Services;<br><br>            Defendants. | Case No. 2:17-cv-00326-DCN |

## JOINT STIPULATION OF DISMISSAL

Plaintiffs Palmetto Faith Operating LLC d/b/a Faith Healthcare Center ("Palmetto Faith"); Palmetto Hallmark Operating, LLC d/b/a Hallmark Healthcare Center ("Palmetto Hallmark"); Palmetto Jolley Acres Operating, LLC d/b/a Jolley Acres Healthcare Center ("Palmetto Jolley Acres"); Palmetto Lake City Operating, LLC d/b/a Lake City Scranton Healthcare Center (Palmetto Lake City Scranton); Palmetto Oakbrook Operating, LLC d/b/a

- 2 -

Oakbrook Health & Rehabilitation Center ("Palmetto Oakbrook"); Palmetto Prince George Operating, LLC d/b/a Prince George Healthcare Center ("Palmetto Prince George"); Palmetto Springdale Operating, LLC d/b/a Springdale Healthcare Center ("Palmetto Springdale"), and Palmetto St. George Operating, LLC d/b/a St. George Healthcare Center ("Palmetto St. George") (collectively the "Operating Facilities"), and Defendants, the Centers for Medicare and Medicaid Services ("CMS") and the Department of Health and Human Services ("HHS") jointly file this stipulation of dismissal. In support of their stipulation, the parties submit as follows:

WHEREAS, this action arose from the revocation of the Medicare provider number for each of the Operating Facilities effective August 24, 2015;

WHEREAS, the Operating Facilities filed timely appeal requests to the CMS revocations and a Motion and Application for Temporary Restraining Order and Injunctive Relief in this Court against CMS and HHS;

WHEREAS, Palmetto Health, on behalf of the Operating Facilities, and CMS entered into a settlement agreement to resolve this action on February 16, 2017; and

WHEREAS, the parties have agreed to dismiss all causes of action asserted in this action without costs and with prejudice.

ACCORDINGLY, the Plaintiffs and Defendants, by and through their counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree that this action is dismissed with prejudice.

IT IS SO STIPULATED.

DATED: March 8, 2017

**JONES DAY**

By: s/JAMES SOTTILE, IV
James Sottile, IV
Federal Bar No. JS3604
250 Vesey Street
New York, NY 10281-1047
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
jsottile@jonesday.com
*Admitted Pro Hac Vice*

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: s/PATRICK C. WOOTEN
Timothy M. McKissock
Federal Bar No. 6257
E-mail: tim.mckissock@nelsonmullins.com
Daniel J. Westbrook
Federal Bar No. 5078
E-Mail: dan.westbrook@nelsonmullins.com
Alice V. Harris
Federal Bar No. 6044
E-Mail: alice.harris@nelsonmullins.com
1320 Main Street / 17th Floor
Post Office Box 11070 (29211-1070)
Columbia, SC  29201
(803) 799-2000
Patrick C. Wooten
Federal Bar No. 10399
E-Mail: patrick.wooten@nelsonmullins.com
151 Meeting Street / Sixth Floor
Post Office Box 1806 (29402-1806)
Charleston, SC 29401-2239
(843) 853-5200

*Attorneys for Plaintiffs*

**US Attorneys Office**

By: s/BARBARA MURCIER BOWENS
Barbara Murcier Bowens
Federal Bar No. 4004
1441 Main Street
Suite 500

- 3 -

Columbia, SC 29201
Telephone: (803) 929-3000
Facsimile: (803) 252-2759
barbara.bowens@usdoj.gov

*Attorney for Defendants*